**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DIANA DINORA ZAVALA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **v.** | § | |
| | § | |
| **TODD BLANCHE,** | § | |
| *in his official capacity as* U.S. Attorney General; | § | |
| **MARKWAYNE MULLIN,** | § | |
| *in his official capacity as* Secretary of the U.S. Department of Homeland Security; | § | |
| **DAVID J. VENTURELLA,** | § | |
| *in his official capacity as* Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; | § | **EP-26-CV-01359-DCG** |
| **MARY DE ANDA-YBARRA,** | § | |
| *in her official capacity as* Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; **and** | § | |
| **SHERIFF AND WARDEN** of ERO El Paso Camp East Montana, | § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AS MOOT**

An Immigration Judge has released Petitioner Diana Dinora Zavala on bond.[1] Petitioner thus asks the Court to dismiss the above-captioned case as moot.[2]

---

[1] *See* IJ Order, ECF No. 5-1, at 1.

[2] *See* Br., ECF No. 5, at 2.

The Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.

The Court **DENIES** Petitioner's "Motion for Issuance of Order to Show Cause" (ECF No. 3) as **MOOT**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 24th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**